# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of  06/15/06   . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Juan E. Gonzalez and Deborah J. Gonzalez

**Case Number:** 97-16386

### Document Information

**Description:** Trustee's Interim Report

**Received on:** 2000-12-20 13:46:17.000

**Date Filed:** 2000-12-20 13:46:17.000

**Date Entered On Docket:** 2000-12-21 00:00:00.000

### Filer Information

**Submitted By:**

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

TRUSTEE'S ANNUAL REPORT
Tue December ...

FILED
OFFICE OF THE CLERK
00 DEC 20 PM 1:37
...  ... ... ... ... ...
ALBUQUERQUE, N.M.

FROM: KELLEY L. SKEHEN
Chapter 13 Trustee
709 Gold SW
Albuquerque, NM 87102
(505) 243-1335 fax (505) 247-2709

JUAN & DEBORAH GONZALES
PSC 2, BOX 7205
APO AE 09012

CASE NO. 13-97-16486 SA

GERALD R. VELARDE
PO BOX 2226
ALBUQUERQUE, NM 87103-2226

Pursuant to Bankruptcy Rule 2015(a)(2), the Trustee has maintained a record of all receipts and the disposition of all money and property received. This report is a summary of that information.

## TOTAL OF PAYMENTS RECEIVED FROM 12/1/99 TO 11/30/00

*See the total of all of your payments received to date listed below under "Total Paid In"

| DATE | TYPE OF PAYMENT | MONEY ORDER NO. | AMOUNT PAID | PAID TO DATE |
|---|---|---|---|---|
| Dec 16, 1999 | DEBTOR PAYMENT | 276486 | 600.00 | 600.00 |
| Jan 20, 2000 | DEBTOR PAYMENT | 248896 | 600.00 | 1,200.00 |
| Feb 22, 2000 | DEBTOR PAYMENT | 255166 | 600.00 | 1,800.00 |
| Mar 23, 2000 | DEBTOR PAYMENT | 255833 | 600.00 | 2,400.00 |
| Apr 18, 2000 | DEBTOR PAYMENT | 236989 | 600.00 | 3,000.00 |
| May 19, 2000 | DEBTOR PAYMENT | 237642 | 600.00 | 3,600.00 |
| Jun 20, 2000 | DEBTOR PAYMENT | 238336 | 600.00 | 4,200.00 |
| Jul 17, 2000 | DEBTOR PAYMENT | 238884 | 600.00 | 4,800.00 |
| Aug 14, 2000 | DEBTOR PAYMENT | 034826 | 600.00 | 5,400.00 |
| Aug 16, 2000 | REFUND OF TRUSTEE FEE | 1644 | 5.77 | 5,405.77 |
| Sep 21, 2000 | DEBTOR PAYMENT | 245176 | 600.00 | 6,005.77 |
| Oct 19, 2000 | DEBTOR PAYMENT | 245690 | 600.00 | 6,605.77 |
| Nov 17, 2000 | DEBTOR PAYMENT | 254283 | 600.00 | 7,205.77 |

## DISBURSEMENTS MADE THROUGH 12/15/00

| CREDITOR NAME | CLAIM TYPE | CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID | PERCENT PAID |
|---|---|---|---|---|---|
| GERALD R. VELARDE | ATTORNEY FEES | 1,000.00 | 1,000.00 | | 100.00 |
| FIRST NATIONWIDE MORTGAGE | SECURED | 187,571.82 | .00 | .00 | .00 |
| FIRST NATIONWIDE MORTGAGE | UNSECURED | 5,013.76 | .00 | .00 | .00 |
| MAX RECOVERY INC. | UNSECURED | 3,359.15 | 214.47 | .00 | 6.00 |
| MAX RECOVERY INC. | UNSECURED | 3,046.16 | 194.49 | .00 | 6.00 |
| KIRTLAND FEDERAL CREDIT U | SECURED | 1,759.50 | 1,759.50 | 179.15 | 100.00 |
| KIRTLAND FEDERAL CREDIT U | SECURED | 5,140.50 | 5,140.50 | 523.39 | 100.00 |
| MAX RECOVERY INC. | SECURED | 1,707.94 | 1,707.94 | 173.87 | 100.00 |
| TRAVIS FEDERAL CREDIT UNI | UNSECURED | 2,398.66 | 153.15 | .00 | 6.00 |
| TRAVIS FEDERAL CREDIT UNI | UNSECURED | 4,792.96 | 306.02 | .00 | 6.00 |
| ELIZABETH GONZALES | PRIORITY | 5,000.00 | 161.31 | .00 | 3.00 |
| DISCOVER CARD SERVICES I | UNSECURED | 4,669.04 | 298.23 | .00 | 6.00 |
| AAFES | UNSECURED | 1,138.39 | 72.69 | .00 | 6.00 |
| AAFES | UNSECURED | 1,636.02 | 104.44 | .00 | 6.00 |
| CITIBANK MARYLAND N.A. | UNSECURED | 5,154.23 | 329.73 | .00 | 6.00 |
| MAX Recovery Inc | UNSECURED | 9,174.94 | 385.73 | .00 | 5.00 |
| CREDIT FIRST NATIONAL ASS | UNSECURED | 1,425.36 | 76.04 | .00 | 5.00 |
| SEAC NORDIC TRACK | SECURED | 700.00 | 700.00 | 36.17 | 100.00 |
| CAPITAL ONE | UNSECURED | 1,636.10 | 104.46 | .00 | 6.00 |
| KIRTLAND FEDERAL CREDIT U | UNSECURED | 9,493.92 | 606.10 | .00 | 6.00 |
| AAFES | UNSECURED | 3,511.54 | 224.20 | .00 | 6.00 |

## CASE SUMMARY

| Total Paid In: | Total Disbursed: | Paid to Creditors: | Paid to Attorney: | Paid to Trustee: | Balance on Hand: |
|---|---|---|---|---|---|
| 22,200.00 | 16,200.93 | 13,651.36 | 1,000.00 | 1,555.57 | 5,999.07 |

**PLEASE READ THIS REPORT TO BE SURE THE INFORMATION IN IT IS ACCURATE. IF YOU BELIEVE THAT ANY OF THE ABOVE INFORMATION IS INCORRECT CONTACT YOUR ATTORNEY IMMEDIATELY.**

**I HEREBY CERTIFY**, under penalty of perjury that a true copy of the foregoing was mailed to the Debtor(s) and to the Debtor's Attorney at the addresses listed above, on this Tue December 19, 2000.

*Kelley [signature]*
Kelley L. Skehen
Chapter 13 Trustee

(form 283)