# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/14/06. Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Juan E. Gonzalez and Deborah J. Gonzalez

**Case Number:** 97-16386

### Document Information

**Description:** Rpt to the Court on Unclaimed Funds Deposited into the Court Registry by Trustee Kelley L. Skehen on behalf of Elizabeth Gonzales; Total Amount Received: $4838.79 Receipt # 1740

**Received on:** 2002-02-15 16:01:22.000

**Date Filed:** 2002-02-15 16:01:22.000

**Date Entered On Docket:** 2002-02-20 00:00:00.000

### Filer Information

**Submitted By:**

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re

JUAN GONZALES
Debtors

No. 13-97-16386 SA

## REPORT TO THE COURT ON UNCLAIMED
## FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Kelley L. Skehen, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $4,838.79 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors in the following amounts:

| No. | Name & Address | Amount |
|---|---|---|
| 10 | Elizabeth Gonzales<br>c/o Richard Whitaker<br>1730 Sonoma Blvd<br>Vallejo, CA 94590 | $4,838.79 |
|  | Total | $4,838.79 |

Respectfully submitted,

Kelley L. Skehen
Chapter 13 Trustee
309 Gold SW
Albuquerque, NM 87102
(505) 243-1335 Office
(505) 247-2709 Fax

UNITED STATES
U. S. BANKRUPTCY COU
DISTRICT OF NEW MEXICO
Albuquerque Division

# 22001740 - JJ
February 15, 2002

Code    Case #    Qty    Amount

UNCLAIME 97-16386         4,838.79
  Judge  - James Starzynski Albuquer
  Debtor - GONZALES


TOTAL →        4,838.79


FROM: SKEHEN
      CK 274207